KATHLEEN E. FINNERTY - SBN 157638
MARC B. KOENIGSBERG - SBN 204265
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709

Attorneys for Defendants
PAN PACIFIC (PINE CREEK), L.P., PK II
HOLDCO, LLC, and KIMCO REALTY
CORPORATION

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| PENDOLA FAMILY TRUST PARTNERSHIP, a California General Partnership,<br><br>　　Plaintiff,<br><br>v.<br><br>PAN PACIFIC (PINE CREEK), L.P., a Delaware limited partnership, PK II HOLDCO, LLC, a Delaware limited liability company, PAN PACIFIC RETAIL PROPERTIES, INC., a Maryland corporation, KIMCO REALTY CORPORATION, a Maryland corporation, and DOES 1 THROUGH 50,<br><br>　　Defendants. | Case No. 2:09-CV-02544-FCD-KJM<br><br>ORDER EXTENDING TIME UNTIL OCTOBER 9, 2009 FOR DEFENDANTS TO RESPOND TO COMPLAINT |

　　Having reviewed the Defendants' Application for an Extension of Time and good cause appearing,

　　IT IS ORDERED that Defendants, PAN PACIFIC (PINE CREEK), L.P., PK II HOLDCO, LLC, and KIMCO REALTY CORPORATION shall have until October 9, 2009, to file a response to plaintiff PENDOLA FAMILY TRUST PARTNERSHIP's Complaint.

Dated:  September 30, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE